1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD D. BLAMEY,                          )      No. C 10-5002 JSW (PR)
                                           )
                  Plaintiff,               )      **ORDER OF TRANSFER**
                                           )
      vs.                                  )
                                           )      (Docket No. 2)
A. ALLEN, et al,                           )
                                           )
                  Defendants.              )
_____   )

      Plaintiff, an inmate currently incarcerated in the Folsom State Prison, has filed this pro se civil rights action under 42 U.S.C. § 1983.   Plaintiff has filed an application to proceed in forma pauperis (docket no. 2.).

      When, as here, jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.  28 U.S.C. § 1391(b).  Where a case is filed in the wrong venue, the district court has the discretion either to dismiss the case or transfer it to the proper federal court "in the interest of justice."  28 U.S.C. § 1406(a).  Venue may be raised by the court *sua sponte* where the defendant has not yet filed a responsive pleading and the time for doing so has not run.  *Costlow v. Weeks,* 790 F.2d 1486, 1488 (9th Cir. 1986).

      Plaintiff's claims arise out of events occurring at the California State Prison in Solano, California, where Plaintiff was formerly incarcerated.  Defendants are

employees of that prison and are located in Solano County.  Solano County is located within the venue of the United States District Court for the Eastern District of California.

Accordingly, IT IS ORDERED in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), that this action be TRANSFERRED to the United States District Court for the Eastern District of California.  In light of the transfer, the Court will not resolve Plaintiff's request for leave to proceed *in forma pauperis* and the Clerk shall terminate docket number 2 from this Court's docket.

The Clerk of the Court shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: December 23, 2010

_____
JEFFREY S. WHITE
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RONALD D BLAMEY,

          Plaintiff,

  v.

A ALLEN et al,

          Defendant.

_____/

Case Number: CV10-05002 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 27, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald D. Blamey
T27740
Folsom State Prison
P.O. Box 950
Folsom, CA 95763

Dated: December 27, 2010

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk