1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9   RONALD D. BLAMEY,

10            Plaintiff,                    No. CIV S-10-3470 GEB EFB P

11        vs.

12   A. ALLEN, et al.,

13            Defendants.              ORDER

14   _____/

15        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

16   U.S.C. § 1983.  He has requested that the court appoint counsel.  District courts lack authority to

17   require counsel to represent indigent prisoners in section 1983 cases.  *Mallard v. United States*

18   *Dist. Court*, 490 U.S. 296, 298 (1989).  In exceptional circumstances, the court may request

19   counsel voluntarily to represent such a plaintiff.  28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935

20   F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).

21   The court finds that there are no exceptional circumstances in this case.

22        Accordingly, IT IS HEREBY ORDERED that plaintiff's October 27, 2011, request for

23   appointment of counsel is denied.

24   DATED: November 9, 2011.

25                                    EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE
26