IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD D. BLAMEY,

    Plaintiff,                      No. CIV S-10-3470 GEB EFB P

    vs.

A. ALLEN, et al.,

    Defendants.               ORDER

                              /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On October 6, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days from the date the findings and recommendations were served. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire

////

1

file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

          Accordingly, IT IS HEREBY ORDERED that:

          1. The findings and recommendations filed October 6, 2011, are adopted in full;

          2. Defendant Allen's motion to dismiss is granted;

          3. Plaintiff is granted thirty days in which to file an amended complaint curing the deficiencies identified in the magistrate judge's October 6, 2011 findings and recommendations.

So ordered.

Dated: December 5, 2011

GARLAND E. BURRELL, JR.
United States District Judge