IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD D. BLAMEY,

      Plaintiff,                            No. CIV S-10-3470 GEB EFB P

  vs.

A. ALLEN, et al.,

      Defendants.                        FINDINGS AND RECOMMENDATIONS

      Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in an action brought under 42 U.S.C. § 1983.  On December 6, 2011, the district judge granted defendant Allen's motion to dismiss for failure to state a claim upon which relief may be granted, and granted plaintiff thirty day in which to file an amended complaint curing the deficiencies identified in the undersigned's October 6, 2011 findings and recommendations.  Dckt. No. 54. After an extension of time, plaintiff filed a response to the district judge's order, informing the court he "chooses not to 'cure'" the alleged deficiencies in his complaint, and stating, "I just give up."  Dckt. No. 57.  Plaintiff has failed to comply with the court's orders and appears to have abandoned this case.

////

////

1

1  Accordingly, it is hereby RECOMMENDED that all outstanding motions be denied and
2  that this action be dismissed for failure to state a claim, failure to comply with court orders, and
3  failure to prosecute. *See* 28 U.S.C. § 1915A; E.D. Cal. Local Rule 110; Fed. R. Civ. P. 41(b).

4  These findings and recommendations are submitted to the United States District Judge
5  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
6  after being served with these findings and recommendations, any party may file written
7  objections with the court and serve a copy on all parties.  Such a document should be captioned
8  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
9  within the specified time may waive the right to appeal the District Court's order. *Turner v.*
10 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
11 Dated:  March 5, 2012.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2